UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTHONY ARRIAGA,

                      Plaintiff,                    20 **CIVIL** 6902 (PMH)

      -against-                    **JUDGMENT**

JOANA OTAIZA, et al.,

               Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 19, 2021, Defendants' motion to dismiss is GRANTED. While "[d]istrict courts should frequently provide leave to amend before dismissing a *pro se* complaint . . . leave to amend is not necessary when it would be futile." *Reed v. Friedman Mgmt. Corp.*, 541 F. App'x 40, 41 (2d Cir. 2013) (citing *Cuoco v. Moritsugu*, 222 F.3d 99, 112 (2d Cir. 2000)). In this case, the Complaint is dismissed with prejudice because any amendment would be futile; accordingly, this case is closed.

**Dated:** New York, New York
         November 19, 2021

                                                      **RUBY J. KRAJICK**
                                                      Clerk of Court
                                        **BY:**
                                                        Deputy Clerk